IN THE SUPREME COURT OF TEXAS

 No. 05-0585

 IN RE BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE
 CORPORATION, AND JANAHN RODRIGUEZ, INDIVIDUALLY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed July 28, 2005, is
granted. The order dated July 7, 2005, in Cause No. 2003-CI-13720, styled
Kyle Brown and Tara Brown vs. Blue Cross Blue Shield of Texas, a Division
of Health Care Service Corporation and Janahn Rodriguez, individually, in
the 57th Judicial District Court of Bexar County, Texas, is stayed pending
further order of this Court.

 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus and motion for temporary relief, on
or before 3:00 p.m., August 8, 2005.

 Done at the City of Austin, this July 29, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk